IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. CR608-19 |
| | ) | |
| GRADY HILL | ) | |

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 3:29 pm, Feb 12, 2018

### O R D E R

The above captioned case filed in the Statesboro Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 12th day of February, 2018.

_____
J. Randal Hall
Chief United States District Judge
Southern District of Georgia