IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| GRADY RASHAD HILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CR 608-019 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Petitioner's § 2255 motion as to the out-of-time appeal, and **DISMISSES** without prejudice the other claim raised in the § 2255 motion. Therefore, the Court **VACATES** Petitioner's judgment in the underlying supervised release revocation proceedings entered on June 2, 2025. (Doc. no. 67.) Simultaneously with the entry of this Order, the Court is entering a new Judgment that reimposes the same sentence, identical in all respects to the original Judgment, save only for the date of entry.

The Court **HEREBY ADVISES** Petitioner that with the entry of the new Judgment, he shall have all the rights associated with an appeal from any criminal sentence. Entry of the new Judgment creates a fourteen-day period within which Petitioner may prosecute a direct appeal of his supervised release revocation. Thus, Petitioner shall have fourteen days from the

date of entry of the Judgment to file a notice of appeal. Attorney Troy Marsh, Petitioner's CJA counsel in the underlying supervised release revocation proceedings, (see doc. nos. 53, 54), shall continue to represent Petitioner in his appeal. According to the "Instructions for Attorneys Appointed Under CJA," Mr. Marsh's representation continues through an appeal. (Doc. no. 54, p. 1.)

Upon the foregoing, the Court **CLOSES** this § 2255 case and **DIRECTS** the Clerk to enter final judgment in favor of Petitioner.

SO ORDERED this _____23rd_____ day of June, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2