AS 245D        (Rev. 10/24) Amended Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Grady Rashad Hill | ) **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>) (For Revocation of Probation or Supervised Release)<br>) |

**Date of Original Judgment:** May 28, 2025
**Reason for Amendment:** Direct Motion to District Court
Pursuant to 28 U.S.C. § 2255
**** Indicates change

Case Number:        6:08CR00019-1

USM Number:       13723-021

Troy W. Marsh, Jr.
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to Violation Numbers 1, 2, 4 and 6.

☒ was found in violation of Violation Numbers 3 and 5 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant incurred new credit charges or opened additional lines of credit without the approval of the probation officer (special condition). | July 31, 2022 |

*See page 2 for Additional Violations*.

The defendant is sentenced as provided in pages 3 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the _____ condition(s),_____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 6862

Defendant's Year of Birth: 1978

City and State of Defendant's Residence:

Statesboro, Georgia

June 23, 2026 ****
Date of Amended Judgment

Signature of Judge

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

6/23/2026
Date

GAS 245D          (Rev. 10/24) Amended Judgment in a Criminal Case for Revocations

DEFENDANT:          Grady Rashad Hill
CASE NUMBER:        6:08CR00019-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant left the judicial district without the permission of the Court or probation officer (standard condition). | June 3, 2024 |
| 3 | The defendant committed another federal, state, or local crime (mandatory condition). | November 19, 2024 |
| 4 | The defendant left the judicial district without the permission of the Court or probation officer (standard condition). | November 19, 2024 |
| 5 | The defendant possessed a controlled substance, or paraphernalia related to a controlled substance, that was not prescribed by a physician (standard condition). | November 19, 2024 |
| 6 | The defendant failed to pay the financial penalty obligation imposed in accordance with the Schedule of Payments established by the Court (mandatory condition). | December 3, 2024 |

GAS 245D    (Rev. 10/24) Amended Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 5

DEFENDANT:        Grady Rashad Hill
CASE NUMBER:      6:08CR00019-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:        <u>54 months.</u>

☐    The Court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐    a.m.    ☐    p.m.    on    _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on    _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

GAS 245D    (Rev. 10/24) Amended Judgment in a Criminal Case for Revocations

DEFENDANT:        Grady Rashad Hill
CASE NUMBER:      6:08CR00019-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ | $ | $2,500 | $ |

☐    The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

**TOTALS**                $ _____        $ _____

☐    Restitution amount ordered pursuant to plea agreement  $_____

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐    the interest requirement is waived for    ☐  fine    ☐    restitution.

☐    the interest requirement for    ☐  fine    ☐    restitution is modified as follows:

☐    The court determined that the defendant is    ☐ indigent    ☐ non-indigent  under the Justice for Victims of Trafficking Act of 2015.

* Justice for Victims of trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

GAS 245D        (Rev. 10/24) Amended Judgment in a Criminal Case for Revocations

DEFENDANT:        Grady Rashad Hill
CASE NUMBER:      6:08CR00019-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**    ☐ Lump sum payment of $ _____ due immediately, balance due

        ☐ not later than _____ , or
        ☐ in accordance ☐ C, ☐ D ☐ E, or ☐ F below; or

**B**    ☒ Payment to begin immediately.

**C**    ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**    ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

**E**    ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**    ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Pursuant to 18 U.S.C. § 3572(d)(3), the defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.